IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *JML, by and through his natural mother and Next Friend, CHERI LYNN LAROSE, and CHERI LYNN LAROSE,*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>*SIX FLAGS THEME PARKS INC., SIX FLAGS OVER MID-AMERICA, SIX FLAGS, PHILADELPHIA TOBOGGAN COASTER, INC., and PHILADELPHIA TOBOGGAN COMPANY,*<br><br>　　　　　Defendants. | Cause No. 4 05CV01952RWS<br><br>*So Ordered*<br><br>/s/ Rodney W. Sippel (RWS)<br>2/6/06 |

## STIPULATION OF DISMISSAL AS TO DEFENDANT SIX FLAGS THEME PARKS INC.

COME NOW plaintiffs and defendant Six Flags Theme Parks Inc., the only defendant that has appeared in this action, by and through their attorneys of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate to the dismissal of all of the plaintiffs' claims and causes of action against defendant Six Flags Theme Parks Inc., without prejudice, with each party to bear its own costs.

| | |
|---|---|
| SIMON PASSANANTE, P.C.<br><br>BY: /s/ Paul J. Passanante<br>Paul J. Passanante, #<br>701 Market Street, Ste. 1450<br>St. Louis, MO 63101<br>314/241-2929<br>FAX: 314/241-2029<br>Attorneys for Plaintiffs | SANDBERG, PHOENIX & VON GONTARD, P.C.<br><br>BY: /s/ Reed W. Sugg<br>Reed W. Sugg, #4495<br>One City Centre, 15th Floor<br>St. Louis, MO 63101<br>314/231-3332<br>FAX: 314/241-7604<br>Attorneys for Defendant Six Flags Theme Parks Inc. |

::ODMA\PCDOCS\SPVGDOCS\1209929\1

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, Paul J. Passanante hereby attests to the existence of a paper copy of the Stipulation for Dismissal, bearing the original signature of Reed W. Sugg. The document was filed electronically on ___February 3___, 2006 with a blank signature line. Counsel will retain the paper copy bearing the original signature(s) during the pendency of the litigation including all possible appeals.

/s/ Paul J. Passanante

Attorney for Plaintiffs

Federal Bar Number: 4033

Simon Passanante, P.C.
701 Market Street, Ste. 1450
St. Louis, MO 63101

## Certificate of Service

I hereby certify that on 3rd day of February, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Reed W. Sugg
Sandberg, Phoenix & von Gontard, P.C.
One City Centre, 15th Floor
St. Louis, MO 63101

/s/ Paul J. Passanante