IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *JML, by and through his natural mother and Next Friend, CHERI LYNN LAROSE, and CHERI LYNN LAROSE,* <br><br> Plaintiffs, <br><br> v. <br><br> *SIX FLAGS THEME PARKS INC., SIX FLAGS OVER MID-AMERICA, SIX FLAGS, PHILADELPHIA TOBOGGAN COASTER, INC., and PHILADELPHIA TOBOGGAN COMPANY,* <br><br> Defendants. | Cause No. 4 05CV01952RWS <br><br> *So Ordered* <br><br> /s/ [Judge signature] <br> 2/6/06 |

## STIPULATION OF DISMISSAL

COME NOW plaintiffs, by and through their attorneys of record, and pursuant to Rule 41(a)(1), of the Federal Rules of Civil Procedure, dismiss without prejudice the following defendants that have not yet appeared in this case: Six Flags Over Mid-America; Six Flags; Philadelphia Toboggan Coaster, Inc.; and Philadelphia Toboggan Company.

SIMON PASSANANTE, P.C.

BY:  /s/ Paul J. Passanante
Paul J. Passanante, #
701 Market Street, Ste. 1450
St. Louis, MO 63101
314/241-2929
FAX: 314/241-2029

Attorneys for Plaintiffs

::ODMA\PCDOCS\SPVGDOCS\1209935\1

## Certificate of Service

I hereby certify that on 3rd day of February, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Reed W. Sugg
Sandberg, Phoenix & von Gontard, P.C.
One City Centre, 15th Floor
St. Louis, MO 63101

/s/ Paul J. Passanante